UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AYMAN ESSAM HAMDI,<br><br>Defendant. | CASE NO.:  20-CR-3461-W<br><br>**ORDER CONTINUING STATUS HEARING** |

**GOOD CAUSE HAVING BEEN SHOWN**, it is hereby ordered that the status hearing currently scheduled for September 11, 2023, at 9:00 a.m., be continued to **October 2, 2023, at 9:00 a.m.** The time from September 11, 2023, to October 2, 2023, is excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7).

**IT IS SO ORDERED.**

DATED: 9/7/23

Honorable Thomas J. Whelan
United States District Judge