UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE THOMAS J. WHELAN)

| UNITED STATES OF AMERICA, | CASE NO.: 20-CR-3461-W |
|---|---|
| Plaintiff, | ORDER CONTINUING STATUS HEARING |
| v. | |
| AYMAN ESSAM HAMDI, | |
| Defendant. | |

**GOOD CAUSE HAVING BEEN SHOWN**, it is hereby ordered that the status hearing currently scheduled for January 8, 2024 at 9:00 a.m., be continued to January 29, 2024, at 9:00 a.m. The time period of January 8, 2024 and January 29, 2024 is excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7).

**IT IS SO ORDERED.**

DATED: 1/5/24

HONORABLE THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE